| | | |
|---|---|---|
| DOCKET NO. FST-CV20-6046118-S | : | SUPERIOR COURT |
| GEORGIANA COSTELLO | : | J.D. OF STAMFORD |
| VS. | : | AT STAMFORD |
| COSTCO WHOLESALE CORPORATION | : | MARCH 23, 2020 |

## NOTICE OF REMOVAL

The defendant, Costco Wholesale Corporation, hereby gives notice that it has removed this action to Federal Court. A copy of said removal (without exhibits) is attached hereto as Exhibit "A".

                            THE DEFENDANT,
                            COSTCO WHOLESALE CORPORATION

                            /s/400462
                            Miles N. Esty, Esq.
                            Esty & Buckmir, LLC
                            2340 Whitney Avenue
                            Hamden, CT 06518
                            Tel. No. 203-248-5678
                            Juris No. 415435

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678   Juris No. 415435

## CERTIFICATE OF SERVICE

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on this date to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

Papcsy Janosov Roche
53 East Avenue
Norwalk, CT 06851

                                                      /s/400462
                                            Miles N. Esty, Esq.
                                            Commissioner of the Superior Court

ESTY & BUCKMIR, LLC
2340 Whitney Avenue
Hamden, Connecticut 06518
Tel. (203) 248-5678    Juris No. 415435

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGIANA COSTELLO | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | MARCH 23, 2020 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1336 and 28 U.S.C. §1446, the defendant, Costco Wholesale Corporation, hereby submits this notice of removal of the above lawsuit filed in the Superior Court of Connecticut for the Judicial District of Stamford at Stamford with a Return Date of April 7, 2020 to the United States District Court for the District of Connecticut.

The basis for such removal is diversity jurisdiction pursuant to 28 U.S.C. §1332 as the plaintiff is a citizen of Connecticut and the defendant is a corporation with a principal place of business in Issaquah, WA. The State Court Complaint does not specify the amount of alleged damages other than to allege that such damages exceed the jurisdictional minimum of the Superior Court of fifteen thousand dollars.  However, while the defendant denies plaintiff's claims of injuries, plaintiff alleges permanent bodily injuries, the value of which may exceed

$75,000.00. A copy of the Summons and Complaint filed in Stamford Superior Court is attached hereto as Exhibit "A".

Costco Wholesale Corporation has, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court is attached hereto as Exhibit "B".

Pursuant to the Standing Order on removed cases, a Statement of Removed Case and a Notice of Pending Motions are being filed simultaneously herewith.

Finally, the defendant submits the attached Civil Cover Sheet is attached hereto as Exhibit "C".

                                                THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

                                                  /s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGIANA COSTELLO | : | CIVIL NO. |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | MARCH 23, 2020 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020 a copy of the defendant's Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
COSTCO WHOLESALE CORPORATION

/s/ Miles Esty
Miles Esty, Esq.
Esty & Buckmir, LLC
2340 Whitney Avenue
Hamden, CT 06518
Tel: (203) 248-5678
Fax: (203) 288-9974
E-Mail: mesty@estyandbuckmir.com
Fed Bar No. CT#: 08867