UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGIANA COSTELLO | : | CIVIL NO. 3:20-CV-00388 |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| | : | |
| Defendant | : | JULY 2, 2020 |

## ANSWER AND AFFIRMATIVE DEFENSES

**BY WAY OF ANSWER:**

1. As to Paragraph 1, the defendant lacks knowledge and information sufficient to form a belief and, therefore, leaves plaintiff to her proof.

2. As to Paragraph 2, the defendant admits that Costco Wholesale Corporation owns, operates and maintains a Warehouse store located at 779 Connecticut Avenue and that said property includes a building and the adjacent parking lot and means of egress/ingress. As to the remaining allegations, the defendant lacks knowledge and information sufficient to form a belief and, therefore, leaves plaintiff to her proof.

**JURY TRIAL DEMANDED**

3. Paragraph 3 is admitted.

4. Paragraph 4 is denied as drafted.

5. As to Paragraph 5, Costco Wholesale Corporation admits that generally it owes its business invitees a non-delegable duty to exercise reasonable care to maintain its property in a reasonably safe condition. The defendant denies that Paragraph 5 is a full description of the non-delegable duty doctrine or the duties owed by a premises owner under Connecticut law.

6-7. As to Paragraphs 6 and 7, the defendant lacks knowledge and information sufficient to form a belief and, therefore, leaves plaintiff to her proof.

7-8. Paragraphs 7 and 8 are denied.

9. As to Paragraph 9, Costco Wholesale Corporation admits that generally it owes its business invitees a non-delegable duty to exercise reasonable care to maintain its property in a reasonably safe condition. The defendant denies that Paragraph 5 is a full description of the non-delegable duty doctrine or the duties owed by a premises owner under Connecticut law.

10. Paragraph 10 is denied.

11-14. As to Paragraphs 11 through 14, Costco Wholesale Corporation denies all allegations of negligence and carelessness. As to the remaining allegations, the defendant lacks knowledge and information sufficient to form a belief and, therefore, leaves plaintiff to her proof.

**BY WAY OF AFFIRMATIVE DEFENSES:**

Plaintiff's injuries and damages, if any, were caused by her own contributory negligence and, therefore, her recovery is barred or must be proportionately reduced in that:

1. she failed to keep a proper lookout;

2. she failed to exercise reasonable care for her own safety under the circumstances then and there existing; and

3. she failed to observe and avoid the alleged defect.

>THE DEFENDANT,
>COSTCO WHOLESALE CORPORATION
>
>           /s/ Miles Esty
>Miles Esty, Esq.
>Esty & Buckmir, LLC
>2340 Whitney Avenue
>Hamden, CT 06518
>Tel: (203) 248-5678
>Fax: (203) 288-9974
>E-Mail: mesty@estyandbuckmir.com
>Fed Bar No. CT#: 08867

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGIANA COSTELLO | : | CIVIL NO. 3:20-CV-00388 |
| Plaintiff | : | |
| v. | : | |
| COSTCO WHOLESALE CORPORATION | : | |
| Defendant | : | JULY 2, 2020 |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 2, 2020 a copy of the defendant's Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        THE DEFENDANT,
                                        COSTCO WHOLESALE CORPORATION

                                        /s/ Miles Esty
                                        Miles Esty, Esq.
                                        Esty & Buckmir, LLC
                                        2340 Whitney Avenue
                                        Hamden, CT 06518
                                        Tel: (203) 248-5678
                                        Fax: (203) 288-9974
                                        E-Mail: mesty@estyandbuckmir.com
                                        Fed Bar No. CT#: 08867