# EXHIBIT A



September 19, 2019

*Mr. Adam Suhling*
*Gallagher Bassett Service, Inc.*
*300 St Peters Centre Blvd, suite 200*
*St Peters, MO 63376*
*F:  (844) 675-4273*
*P: (636) 345-9333*

Re:  Our Client:      *Georgianna Costello*
      Your Insured:    *Costco Wholesale Corporation*
      Claim No.:        *003632-514530-GB-01*
      Date of Loss:    *April 26, 2018*

### NOTICE OF DEMAND

Dear Mr. Suhling:

Although our client, *Georgianna Costello*, has yet to reach maximum medical improvement, we have summarized our position and present it for your review.  We have summarized our client's medical conditions as they relate to the date of loss and have enclosed copies of her medical records and bills for your review. ***We submit this for settlement purposes only.***

### LIABILITY:

On *April 26, 2018* at approximately 11:40 a.m., our client, Ms. Georgianna Costello, was a patron and business invitee on the premises at Costco Wholesale located at 779 Connecticut Avenue, in the City of Norwalk, County of Fairfield, and State of Connecticut. While on your insured's property Ms. Costello was walking on the side walk, which came to an abrupt stop due to a fence blocking her only exit. In an attempt to access the blocked off parking lot she tripped over an unmarked parking divider which caused her right foot to get caught, lose her balance, and violently fall to the hard concrete surface. Due to your insured's negligence and failure to place caution signs, Ms. Georgianna Costello was caused to sustain severe and serious physical injuries, some or all of which may be permanent in nature.

53 EAST AVENUE, NORWALK, CT 06851, P: 203.642.3888   F: 203.642.3887
260 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10016, P: 212.641.0112   F: 646.216.2001

*Mr. Adam Suhling*
*Page 2*
*September 19, 2019*

## MEDICALS:

| *Provider and Dates of Service* | *Charges* | *Balance Owed* |
|---|---|---|
| *Hospital for Special Surgery:* *Dr. Joseph Hung, M.D.* 04/26/18 & 05/10/18 | $1,640.00 | $ 0.00 |
| *Hospital for Special Surgery:* *Dr. Karen Sutton, M.D.* 05/08/18-02/19/19 | $3,250.00 | $ 0.00 |
| *Hospital for Special Surgery:* *Radiology Department* 05/10/18 | $3,168.00 | $0.00 |
| *Advanced Radiology Consultants:* 06/27/18-07/19/19 | $5,328.00 | $32.22 |
| *Formula One Physical Therapy:* *Kevin Baldeo, P.T.* 06/27/18-08/29/19 | $19,505.00 | $0.00 |
| **TOTAL:** | **$29,723.00** | **$ 32.22** |

2

*Mr. Adam Suhling*
*Page 3*
*September 19, 2019*

## DAMAGES:  INJURIES AND CLAIMS OF PERMANENCY:

On this date of incident, Georgianna was caused to trip and fall injuring her right hip, right thumb, right wrist, neck and back upon impact with the concrete surface. She was forced to seek immediate medical attention.

On April 26, 2018, Georgianna presented to Hospital for Special Surgery, where Dr. Joseph Hung, M.D., performed an initial evaluation of her injuries. Dr. Hung noted she suffered from pain and decreased range of motion to the right hip and was unable to fully flex the right hip without significant discomfort. Dr. Hung performed a iliopsoas tendon and bursa injection to the right groin in attempts to suppress the pain and help range of motion. He also noted a sterile spinal needle was then advanced lateral to medial in an in-plane view using ultrasound guidance to between the iliopsoas tendon ilium. A 5ml of 40mg methylprednisolone in bupivacaine 0.25 % was injected after negative aspiration. In hopes that this injection would cause some relief, Georgianna was discharged and advised to follow-up within a week.

On May 8, 2018, Georgianna presented to Hospital for Special Surgery, where she then met with Dr. Karen Sutton, M.D., for an initial evaluation. Dr. Sutton noted Georgianna was using a wheel chair due to the significant pain in the right groin area and was not able to ambulate. An in office X-ray was performed to rule out any fractures. Georgianna was discharged with a prescription for a MRI of her right pelvis and was advised to return for a follow up appointment.

On May 10, 2018, Georgianna presented to Hospital for Special Surgery radiology department, for an MRI of the right pelvis. Findings revealed a closed fracture of the right inferior pubic ramus and a closed fracture of the superior pubic ramus.

On May 11, 2018, Georgianna returned to Dr. Sutton, where the MRI findings were discussed. A treatment plan of pain control was discussed and a referral was given to her for physical therapy. She was advised to follow-up within four to six weeks.

On June 27, 2018, Georgianna presented to Formula Physical Therapy, where Kevin Baldeo, P.T., performed an initial evaluation. Kevin noted Georgianna suffered from pain and decreased range of motion in her right hip. He also noted she had difficulties while walking. A treatment plan of intense physical therapy exercises were implemented.

309                                   3

*Mr. Adam Suhling*
*Page 4*
*September 19, 2019*

Although, Georgianna has yet to reach maximum medical improvement. It has taken approximately 10 months for her injuries that occurred April 26, 2018 and while on your insured's property to heal correctly. After months of numerous physical therapy treatments, and MRI's, and follow-up visits with Dr. Sutton. To this day she continues to have throbbing pain and continues to take over the counter pain medication to alleviate the recurring symptoms. Ultimately, Georgianna is a different woman today than she was prior to the trip and fall on April 26, 2018, and she will likely never completely recover from the physical and emotional injuries of that day.

**DEMAND**:

On the grounds of clear liability, lack of comparative negligence, medical bills, future medical expenses, trauma, adverse effect on quality of life and/or slip and falls, and continual pain and suffering, we request a settlement in the amount of **$276,666.00 for Georgianna Costello** which we would recommend to our clients should settlement be arrived at quickly and without litigation. A reasonable jury, in our opinion, would have little difficulty in awarding that amount and possibly quite a bit more.

We make this demand without prejudice and we will hold this offer open for two weeks in the expectation that you will review the file and respond within that period of time. We hope that we can resolve this without protracted and expensive litigation. I look forward to hearing from you **by October 3, 2019.**

Very truly yours,

David A. Roche, Esq.

ENCLOSURES:
1.   Photographs;
2.   Medical Records; and
3.   Medical Billing.

4

310